# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-25103M |
| | Citizenship: MEXICO |
| Bernardo Hernandez-Gonzalez | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about March 22, 2019, at or near Ajo, Arizona, in the District of Arizona, Bernardo HERNANDEZ-Gonzalez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Tx, Intl Bridge on 06/18/2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about March 20, 2019, at or near Lukeville, Arizona, in the District of Arizona, Bernardo HERNANDEZ-Gonzalez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

Bernardo HERNANDEZ-Gonzalez is a citizen of Mexico. On 06/18/2012, Bernardo HERNANDEZ-Gonzalez was lawfully denied admission, excluded, deported, and removed from the United States through Del Rio, Tx, Intl Bridge. On March 22, 2019, agents found Bernardo HERNANDEZ-Gonzalez in the United States at or near Ajo, Arizona. Bernardo HERNANDEZ-Gonzalez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about March 22, 2019, agents found Bernardo HERNANDEZ-Gonzalez in the United States of America at or near Ajo, Arizona without the proper immigration documents. Furthermore, Bernardo HERNANDEZ-Gonzalez admitted to illegally entering the United States of America from Mexico on or about March 20, 2019, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 03/25/2019

at Tucson, Arizona

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/25/2019

**Bruce G. Macdonald**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 19-25103M

vs.

Bernardo Hernandez-Gonzalez

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Bernardo Hernandez-Gonzalez, was represented by counsel, Isabel Amsel (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 03/25/2019. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 03/20/2019 |

As pronounced on 03/25/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, March 25, 2019.

Bruce G. Macdonald
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 03/25/2019          Case Number: 19-25103M

USA vs. **Bernardo Hernandez-Gonzalez**
Magistrate Judge: BRUCE G. MACDONALD     Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Zachary Wiest
INTERPRETER REQ'D: Juan Carlos Cordova, Spanish
Attorney for Defendant: Isabel Amsel (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **03/22/2019**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**SIXTY (60) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Isabel Amsel (CJA) is appointed as attorney of record for defendant.

|                                       |              |
|---------------------------------------|--------------|
| Recorded by Courtsmart                | COP: 1       |
| BY: Beth Harper                       | Sent: 0      |
| Deputy Clerk                          | IA: 0        |
| Start: 1:35 PM Stop: 3:15 PM          |              |